PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY    07-223

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Robert R. Meades | Docket or Case No.: DACS00001 |
| Place of Confinement: Delaware Corr. Center | Prisoner No.: 124648 |
| Petitioner (include the name under which you were convicted) Robert R. Meades | Respondent (authorized person having custody of petitioner) v. Ron Hosterman, et al |
| The Attorney General of the State of Joe Binden | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court New Castle County

   (b) Criminal docket or case number (if you know): DACS00001

2. (a) Date of the judgment of conviction (if you know): On or about October 8, 1982
   (b) Date of sentencing: November 11, 1982

3. Length of sentence: 42 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: (3) counts of Robbery 1st degree, Conspiracy 2nd degree, and promoting prison contraband

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐        (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: Delaware Supreme Court, New Castle County

(b) Docket or case number (if you know): Don't Recall

(c) Result: Affirm Convictions

(d) Date of result (if you know): Don't Recall

(e) Citation to the case (if you know): ___

(f) Grounds raised: Double Jeopardy, Single Traction, Multiple Offenses, identification

(g) Did you seek further review by a higher state court?    Yes ☒    No ☐

If yes, answer the following:

(1) Name of court: United States District Court

(2) Docket or case number (if you know): Don't Recall

(3) Result: Petition denied

(4) Date of result (if you know): Don't Recall

(5) Citation to the case (if you know): ___

(6) Grounds raised: Double Jeopardy, Single Traction, Multiple Offenses, identification

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If yes, answer the following:

(1) Docket or case number (if you know): ___

Page 4

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐  No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:    Yes ☐   No ☐
   (2) Second petition:   Yes ☐   No ☐
   (3) Third petition:    Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ex Post Facto Clause and Liberty Interest Protections under the 1st, 8th and 14th Amendment of the Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was sentence prior to Truth-in-Sentence Act its Enactment of 1989, And is able to earn 5 days a month meritorious good time plus additional credits for participation in rehabilitation programs pursuant to 11 Del. C. § 4384 (now repealed) Also see, Instructions on Form #343 Good Time Sheet.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Writ of Mandamus
Name and location of the court where the motion or petition was filed:
Superior Court for New Castle County

Docket or case number (if you know): _No. 05M-07-011_
Date of the court's decision: _05-08-2006_
Result (attach a copy of the court's opinion or order, if available): _Un-available_

(3) Did you receive a hearing on your motion or petition?
    Yes ☒  No ☐

(4) Did you appeal from the denial of your motion or petition?
    Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☒  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _Supreme Court of New Castle County And For The State Of Delaware_
Docket or case number (if you know): _No. 239, 2006_
Date of the court's decision: _Un-available_
Result (attach a copy of the court's opinion or order, if available): _Un-available_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _None_

GROUND TWO: _Ex Post Facto Clause And Due Process, Equal Protection Clause under the 1st, 8th and 14th Amendment of the Constitution._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_The petitioner has earn a total of 620 days meritorious good time pursuant to 11 Del. C. § 4384-4381. The record reflects that DOC did not credit petitioner's early good time in compliance with law petitioner is sentence under._

Page 8

*But pursuant to T.I.S. Truth-in Sentencing, in violation of Petitioner's Constitutional rights wherein petitioner has been credit meritorious good time at a rate of 2 days a month.*

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Submitted Appeal Brief*

Name and location of the court where the motion or petition was filed: *Delaware Supreme Court New Castle County*

Docket or case number (if you know): *No. 239, 2006*

Date of the court's decision: *Un-Available*

Result (attach a copy of the court's opinion or order, if available): *Un-Available*

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐  *No Further Remedies*

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

GROUND THREE: Due Process, Illegality of Restraint and Deprivation of Life or Liberty in General

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The Petitioner is entitled to 5 days a month meritorious credits and additional credits for program participation. The record reflects that during the period from 1986 through 2004, the petitioner did not receive correct rate of credit days and petitioner's release date should be 6-7-07 based on total amount of 620 days, and not 11-21-09.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three**:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐
(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☒   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Submitted Appeal Brief*

Name and location of the court where the motion or petition was filed: *Delaware Supreme Court New Castle County*

Docket or case number (if you know): *No. 239,2006*

Date of the court's decision: *Un-available*

Result (attach a copy of the court's opinion or order, if available): *Un-available*

_____

(3) Did you receive a hearing on your motion or petition?
   Yes ☐   No ☐ *No Further Remedies*

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

GROUND FOUR: _Liberty Interest and Due Process_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner is not serving a TIS Sentence and is entitled to release on 2/7/07 based on correct rate of meritorious good time petitioner has earn. Pursuant to mandated law petitioner was sentence under.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) Direct Appeal of Ground Four:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☒    No ☐
  (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☒    No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _Submitted Appeal Brief_
  Name and location of the court where the motion or petition was filed: _Delaware Supreme Court New Castle County_
  Docket or case number (if you know): _No. 239.2006_
  Date of the court's decision: _Un-Available_
  Result (attach a copy of the court's opinion or order, if available): _Un-Available_

  (3) Did you receive a hearing on your motion or petition?
      Yes ☐    No ☐  _No Further Remedie_
  (4) Did you appeal from the denial of your motion or petition?
      Yes ☐    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☒  No ☐

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _N/A_

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑.
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: _LAWRENCE LEVISON_

    (b) At arraignment and plea: _/_

    (c) At trial: _/_

    (d) At sentencing: _/_

    (e) On appeal: _/_

    (f) In any post-conviction proceeding: _Pro se_

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*  _____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: *To order the DOC agents to correct petitioner's meritorious good time and release the petitioner*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *April 19, 2007* (month, date, year).

Executed (signed) on *4/18/07* (date).

*Robert R. Meades*
Signature of Petitioner


*10/19 2006*
(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

I/M: Robert R. Mendes
SBI# 124648   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
840 N. King Street
Lock Box 18
Wilmington, DE.
19801-3570

Legal Mail