07-223

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:  Mrs. Tonya Smith
     Support Services Manager
     Delaware Correctional Center
     Smyrna, Delaware  19977

DATE: 4/25/07

FROM: _Robert B. Meades_____
      Inmate Name   (Please Print Name)

SBI # 124648

FILED
2007 APR 26  PM 3:43
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period.  Please forward same to me.

_Robert B. Meades_____
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____
Plaintiff

v.                                                                                          _____

_____
Defendant(s)

ORDER

      IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
      IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
      IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

_____
Judge

Date Printed: 4/4/2007

**Individual Statement**
**From October 2006 to March 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00124648 | MEADES | ROBERT | R | | Beginning Month Balance: | $62.08 |
| Current Location: 21 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($1.59) | $62.08 | 329924 | | 9/28/06 | |
| Canteen | 10/10/2006 | ($14.88) | $0.00 | $0.00 | $47.20 | 330689 | | | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $47.20 | 333827 | | 10/16/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $46.81 | 336128 | | 10/16/06 | |
| Supplies-MailP | 10/20/2006 | ($1.59) | $0.00 | $0.00 | $45.22 | 336295 | | 9/28/06 | |
| Canteen | 10/24/2006 | ($14.48) | $0.00 | $0.00 | $30.74 | 336990 | | | |
| Mail | 11/1/2006 | $20.00 | $0.00 | $0.00 | $50.74 | 341181 | 48306554802 | | C. MEADES |
| Canteen | 11/8/2006 | ($14.98) | $0.00 | $0.00 | $35.76 | 343118 | | | |
| Canteen | 11/21/2006 | ($13.28) | $0.00 | $0.00 | $22.48 | 348870 | | | |
| Mail | 11/30/2006 | $23.00 | $0.00 | $0.00 | $45.48 | 352081 | 0581305518 | | C MEADES |
| Canteen | 12/5/2006 | ($14.87) | $0.00 | $0.00 | $30.61 | 354322 | | | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($0.39) | $30.61 | 359114 | | 11/28/06 | |
| Canteen | 12/19/2006 | ($14.94) | $0.00 | $0.00 | $15.67 | 360758 | | | |
| Canteen | 1/2/2007 | ($7.90) | $0.00 | $0.00 | $7.77 | 367627 | | | |
| Mail | 1/10/2007 | $50.00 | $0.00 | $0.00 | $57.77 | 371039 | 48918429901 | | D WILLIAMS |
| Canteen | 1/16/2007 | ($12.32) | $0.00 | $0.00 | $45.45 | 373279 | | | |
| Canteen | 1/23/2007 | ($5.15) | $0.00 | $0.00 | $40.30 | 375686 | | | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $39.91 | 378761 | | 11/28/06 | |
| Canteen | 2/6/2007 | ($15.87) | $0.00 | $0.00 | $24.04 | 382620 | | | |
| Canteen | 2/20/2007 | ($15.54) | $0.00 | $0.00 | $8.50 | 390380 | | | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($0.39) | $8.50 | 391193 | | 12/13/07 | |
| Canteen | 3/6/2007 | ($7.16) | $0.00 | $0.00 | $1.34 | 396379 | | | |
| Medical | 3/14/2007 | $0.00 | ($4.00) | $0.00 | $1.34 | 400493 | | 3/5/07 | |
| Medical | 3/16/2007 | ($1.34) | ($2.66) | $0.00 | $0.00 | 401422 | | 3/5/07 | |
| Medical | 3/22/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 405028 | | 3/14/07 | |
| Medical | 3/22/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 405126 | | 3/21/07 | |


# Individual Statement
## From October 2006 to March 2007

Date Printed: 4/4/2007

Page 2 of 2

**Ending Month Balance:** $0.00

**Total Amount Currently on Medical Hold:** ($10.66)

**Total Amount Currently on Non-Medical Hold:** ($0.39)

# Individual Statement - No Transactions This Month

Date Printed: 4/4/2007                                                                                  Page 1 of 1

## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00124648 | MEADES | ROBERT | R | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Total Amount Currently on Medical Hold: | | ($10.66) | | | | |
| Total Amount Currently on Non-Medical Hold: | | ($0.39) | | | | |
| | | | | | **Ending Balance:** | $0.00 |