IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT R. MEADES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-223-*** |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| Warden, and ATTORNEY | ) | |
| GENERAL OF THE STATE | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

**AEDPA ELECTION FORM**

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

1. ✓      I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____      I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See *Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

*[Signature]*
Petitioner

Envelope:

Return address:
IM Bobby B. Mendes
SBI# 184648  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Postage: $00.390 MAY 10 2007 — MAILED FROM ZIP CODE 19977

Stamp: U.S.M.S. X-RAY

Addressed to:
US District Clerk
United States District Court
844 N. King Street - Lock box 17
Wilmington, DE 19801