D.I. #_____

# CIVIL ACTION
# NUMBER: _____07cv223_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here — 10861 30

Sent To: ........ EYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
                                 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

Tracking: 7003 1680 0002 2585 9134

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here — 10861 30

Sent To:
Street, Apt. No.; or PO Box No.: WARDEN TOM CARROLL
                                 DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4: 1181 PADDOCK RD.

Tracking: 7003 1680 0002 2585 9141

PS Form 3800, June 2002          See Reverse for Instructions