**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT R. MEADES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 07-223-*** |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Supreme Court records:

a. Appellant's opening brief, filed April 15, 1982, *Meades v. State*, No. 365, 1982.

b. State's response to Rule 26(c) brief, filed May 20, 2983, *Meades v. State*, No. 365, 1982.

c. Order, dated May 31, 1983, *Meades v. State*, No. 365, 1982.

d. Appellant's opening brief, filed January 28, 1988, *Meades v. State*, No. 334, 1987.

e. State's answering brief, filed January 28, 1988, *Meades v. State*, No. 334, 1987.

f. Order, dated April 22, 1988, *Meades v. State*, No. No. 334, 1987.

g. Appellant's opening brief, filed April 19, 2002, *Meades v. State*, No. 108, 2002.

h. State's motion to affirm, filed April 24, 2002, *Meades v. State*, No. 108, 2002.

i. Order, dated May 2, 2002, *Meades v. State*, No. 108, 2002.

j. Appellant's opening brief and appendix, filed June 30, 2006, *Meades v. Hosterman*, No. 239, 2006.

k. State's motion to affirm, filed July 7, 2006, *Meades v. Hosterman*, No. 239, 2006.

l. Order, dated August 23, 2006, *Meades v. Hosterman*, No. 239, 2006.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: July 6, 2007

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 6, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on July 9, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Robert R. Meades
SBI No. 00124648
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                       STATE OF DELAWARE
                                       DEPARTMENT OF JUSTICE

                                       /s/ Gregory E. Smith
                                       Gregory E. Smith, ID # 3869
                                       Deputy Attorney General
                                       820 North French Street, 7th Floor
                                       Carvel State Building
                                       Wilmington, Delaware 19801
                                       (302) 577-8398